1  FRANK HISCOX (SBN 104534)
2  ALEXANDRA HORNE (SBN 162066)
   MARK F. LAMBERT (SBN 197410)
   WHITE & CASE LLP
3  3000 El Camino Real
   Five Palo Alto Square, 10th Floor
4  Palo Alto, California 94306
   Telephone:    (650) 213-0300
5  Facsimile:    (650) 213-8158

6  Attorneys for Plaintiff
   MACROVISION CORPORATION

7

**E-Filing**

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  MACROVISION CORPORATION, a       **C 05 4507**
    Delaware corporation,

12                                    **COMPLAINT FOR INJUNCTIVE
              Plaintiff,              RELIEF FOR:  (1) FEDERAL
13                                    TRADEMARK INFRINGEMENT;
                                      (2) FEDERAL UNFAIR
14       v.                           COMPETITION; (3) FEDERAL
                                      DILUTION; (4) CALIFORNIA
15  MACROVISION TECH, INC., a California  STATUTORY UNFAIR
    corporation; and YONG HANG LONG, a.k.a.  COMPETITION; AND
16  LOUIS LONG, an individual,        (5) VIOLATION OF CALIFORNIA'S
                                      ANTI-DILUTION STATUTES
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff MACROVISION CORPORATION, ("Macrovision") by its attorneys White & Case LLP, for its complaint against Defendants MACROVISION TECH, INC. ("Macrovision Tech") and YONG HANG LONG, a.k.a. LOUIS LONG ("Long"), alleges as follows:

## JURISDICTION AND VENUE

1.      This is an action for trademark infringement in violation of Section 32(1) of the Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1114(1), false designation of origin and misleading description and representations of fact in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), trademark dilution in violation of Section 43(c) of the Lanham Act, § 1125(c), unfair competition in violation of the statutory laws of California, Cal. Bus. & Prof. Code §§ 17200 *et seq.*, and injury to business reputation and dilution in violation of Cal. Bus. & Prof. Code §§ 14330, 14335(a).

2.      This Court has original jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a).

3.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

4.      Assignment of this case to the United States District Court, Northern District of California, San Francisco Division, is proper pursuant to United States District Court, Northern District of California Civil Local Rule 3.2(c) because a substantial part of the events and omissions giving rise to the action occurred in San Francisco, California.

## PRELIMINARY STATEMENT

5.      Macrovision is the international market leader in electronic content protection, software licensing and installation, and digital rights management (DRM) technologies.  Macrovision technologies provide complete and innovative solutions to a wide range of customers, including entertainment content owners, publishers, software vendors, IT professionals, enterprises, network system operators and internet service providers.

6.      Macrovision's core business includes solutions that help content owners, software publishers and system operators maximize the value and security of proprietary digital content and products that are distributed via packaged media, online and across cable/satellite and

1   IP networks. Macrovision's solutions enable its customers to securely distribute and market their

2   content and products to consumers and businesses. Macrovision's content protection and copy

3   management technologies cover over $130 billion of protected entertainment content worldwide.

4   Over 50,000 software vendors, publishers and virtually all of the Fortune 1000 companies use

5   Macrovision's software solutions.  Macrovision products are deployed on more than 500 million

6   computer desktops worldwide, and its software technologies are embedded in over $85 billion of

7   software shipped worldwide.

8          7.     Upon information and belief, Defendants claim to be in the business of

9   providing electronic and digital security technologies, including integrated hardware, software

10  and network solutions directed at security, surveillance and related applications. On its website,

11  Defendants claim that their technologies are known for their "effectiveness at bridging security,

12  broadcasting and IT."  On information and belief, Defendants market and sell their products

13  throughout the United States, and abroad.

14                           **THE PARTIES**

15         8.     Macrovision is a Delaware corporation organized and existing under the

16  laws of the State of Delaware with its principal place of business in Santa Clara, California.

17         9.     Upon information and belief, Defendant Macrovision Tech., Inc. is an

18  entity doing business in the State of California at 243 Ralston Street, San Francisco, California,

19  94132.  Upon information and belief, Macrovision Tech regularly engages in business in

20  California and has committed tortious acts in California that have damaged and continue to

21  damage Macrovision.

22         10.    Upon information and belief, Defendant Yong Hang Long, a.k.a. Louis

23  Long, is an individual who resides in the State of California.  Upon information and belief, Long

24  is the owner of Defendant Macrovision Tech. On further information and belief, Defendant Long

25  resides at 1668 Washington Street, Apartment 8, San Francisco, California, 94109 and has

26  committed tortious acts in California that have damaged and continue to damage Macrovision.

27         11.    Upon information and belief, Long, acting in an individual capacity,

28  exercises dominion and control over the activities of Macrovision Tech and uses such dominion

1  and control to commit the unlawful activity described below.

## THE BUSINESS OF PLAINTIFF

12.   Macrovision is a world leader in providing digital security technologies that allow content owners, such as media entertainment companies and software providers, to protect proprietary content, software and other information against unauthorized use and distribution.

13.   Macrovision has invested significant amounts of capital and devoted substantial amounts of time and effort into production, marketing and development to establish and bring to market a wide variety goods and services that are widely recognized by consumers to maximize the value of digital property by making it secure against unauthorized use, distribution or theft.  Through these efforts, Macrovision has created a global reputation for the high quality of its goods and services in a wide array of markets.

14.   Macrovision uses the unique, coined MACROVISION term in connection with its entire business as its company name and trade name, and as a trademark and service mark to identify the source of origin of its goods and services.

15.   As a result of Macrovision's widespread use for many years, the MACROVISION trademark has become famous as a unique identifier of Macrovision's goods and services.

16.   Macrovision owns the following federal trademark registrations:  Reg. No. 1911159 for MACROVISION as a trademark and service mark in Classes 9 and 40; Reg. No. 2227504 for MACROVISION as a trademark and service mark in Classes 9 and 40; Reg. No. 2792064 for MACROVISION as a trademark and service mark in Classes 9, 35 and 42; and Reg. No. 2809050 for MACROVISION as a trademark and service mark in Classes 9, 35 and 42. Print-outs from the United States Patent & Trademark Office website reflecting Macrovision's registrations in its marks are attached hereto as **Exhibit A**.

17.   MACROVISION trademarks and service marks are universally recognized and relied upon as identifying Macrovision as the source of its technology products and services, and as distinguishing Macrovision's products and services from the products and services of

1   others.  As a result, the MACROVISION trademarks and service marks have acquired substantial

2   goodwill and are extremely valuable commercial assets.

3                              **UNLAWFUL CONDUCT BY DEFENDANT**

4               18.      Upon information and belief, Defendants, similar to the public at large, are

5   well aware of the vast and valuable goodwill and reputation represented and symbolized by the

6   MACROVISION trademarks and service marks.  Defendants have been long aware, upon

7   information and belief, that Macrovision's use of MACROVISION is recognized and relied upon

8   by the consuming public in the United States and abroad, as identifying Macrovision's goods and

9   services and distinguishing its goods and services from the goods and services of others.

10              19.      Upon information and belief, Defendants are knowingly appropriating for

11  their own benefit and exploitation the valuable goodwill and reputation symbolized by the

12  MACROVISION trademarks and service marks.  Without Macrovision's consent, Defendants

13  adopted Macrovision's mark as their trade name for use in connection with their surveillance and

14  security technology and equipment business, located within this judicial district.

15              20.      Defendants display the MACROVISION mark on their website, and use

16  the MACROVISION mark in their business name, and, on information and belief, Defendants use

17  the MACROVISION mark on their products.  Images downloaded from Macrovision Tech's

18  website are attached hereto as **Exhibit B**.

19              21.      On or about June 30, 2005, attorneys for Macrovision sent Defendants a

20  letter notifying them of their improper and unauthorized use of the MACROVISION mark and

21  requesting that Defendants cease all such use.  A copy of that letter is attached hereto as

22  **Exhibit C**.

23              22.      Shortly thereafter, in an e-mail dated July 2, 2005, Defendant Long

24  represented to Macrovision that Defendants would comply with Macrovision's demand.  A copy

25  of that e-mail is attached hereto as **Exhibit D**.

26              23.      Notwithstanding Defendants' assurances that they would cease use of the

27  MACROVISION trademark, Defendants continued to use the mark and thereby willfully

28  misappropriated Macrovision's goodwill.

24.   Macrovision sent Defendants a second cease and desist letter dated September 6, 2005, again requesting that Defendants stop using the MACROVISION mark, in hopes of avoiding the need for legal action to enforce Macrovision's rights.  A copy of Macrovision's September 6, 2005 letter is attached hereto as **Exhibit E**.

25.   In response to Macrovision's September 6, 2005 letter, Defendant Long sent an e-mail dated September 8, 2005 in which he represented that certain changes would be made to Defendant Macrovision Tech's logo.  Defendant Long, however, failed to address Defendants' pervasive use of MACROVISION in association with the Macrovision Tech business products, website and company name, among others.  Defendant Long's September 8, 2005 e-mail appears in the document attached hereto as **Exhibit F**.

26.   On or around September 9, 2005, counsel for Macrovision informed Defendants in an e-mail message that their proposal failed to address Macrovision's concerns and legal rights, and reiterated the request that all use of the Macrovision Tech name stop by September 20, 2005.  The September 9, 2005 e-mail from counsel for Macrovision to Defendant Long also appears in **Exhibit F**.

27.   Defendants provided no response and have persisted in their willful use and infringement of the MACROVISION mark.

28.   Defendant's continuing actions are intentional, willful and in bad faith, and committed with full knowledge of Macrovision's ownership of the MACROVISION trademarks and service marks and Macrovision's exclusive rights to use and license such marks.  Defendants have acted and continue to act intentionally, willfully and in bad faith with the intent to diminish Macrovision's property rights and control over its MACROVISION trademarks and service marks.  Defendants have also acted with the intent to deceive and mislead the public into believing that Defendant's business products and services are sponsored, licensed by or affiliated, connected or otherwise associated with Macrovision or its goods and services.

29.   Defendants' activities are likely to diminish and blur the meaning of Macrovision's famous MACROVISION trademarks and service marks, thereby diluting their distinctive quality.

30.   Macrovision is being irreparably harmed by Defendant's actions.

31.   Macrovision has no adequate remedy at law.

## FIRST CLAIM FOR RELIEF

## FEDERAL TRADEMARK INFRINGMENT

32.   Macrovision repeats the allegations of paragraphs 1 through 31 of this Complaint.

33.   Defendants' aforesaid use in commerce of the MACROVISION mark in connection with the sale, offering for sale, distribution and advertising of goods is likely to cause confusion, or to cause mistake or to deceive.

34.   The aforesaid activities of Defendants constitute trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

35.   Defendants have acted willfully, intentionally and in bad faith.

36.   The acts of Defendants have caused and are causing great and irreparable harm and damage to Macrovision, and unless permanently restrained and enjoined by this Court, such irreparable harm will continue.

## SECOND CLAIM FOR RELIEF

## FEDERAL UNFAIR COMPETITION

37.   Macrovision repeats the allegations of paragraphs 1 through 31 of this Complaint.

38.   The activities of Defendants constitute the use of words, terms, names, symbols and devices and combinations thereof, false designations or origin and false and misleading representations of fact that are likely to cause confusion or to cause mistake or to deceive as to the affiliation, connection or association of Defendants with Macrovision, or as to the origin, sponsorship or approval of Defendants' goods, services or other commercial activities by Macrovision.

39.   Defendants' activities as set forth above constitute violations of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

40.   Defendants have acted willfully, intentionally and in bad faith.

41.     The acts of Defendants have caused and are causing great and irreparable harm and damage to Macrovision, and unless permanently restrained and enjoined by this Court, such irreparable harm will continue.

## THIRD CLAIM FOR RELIEF

## FEDERAL DILUTION

42.     Macrovision repeats the allegations of paragraphs 1 through 31 of this Complaint.

43.     The acts of Defendants constitute dilution of the distinctive quality of the famous MACROVISION trademarks and service marks in violation of Section 43(c) of the Lanaham Act, 15 U.S.C. § 1125(c).

44.     Defendants have acted intentionally, willfully and in bad faith.

45.     The acts of Defendants have caused and are causing great and irreparable harm and damage to Macrovision, and unless permanently restrained and enjoined by this Court, such irreparable harm will continue.

## FOURTH CLAIM FOR RELIEF

## CALIFORNIA STATUTORY UNFAIR COMPETITION

46.     Macrovision repeats the allegations of paragraphs 1 through 31 of this Complaint.

47.     The acts of Defendants constitute unlawful, unfair or fraudulent business practice and unfair, deceptive, untrue or misleading advertising within the meaning of Cal. Bus. & Prof. Code §§ 17200 et seq.

48.     The acts of Defendants have caused and are causing great and irreparable harm and damage to Macrovision, and unless permanently restrained and enjoined by this Court, such irreparable harm will continue.

## FIFTH CLAIM FOR RELIEF

## CALIFORNIA ANTI-DILUTION STATUTE

49.     Macrovision repeats the allegations of paragraphs 1 through 31 of this Complaint.

50.     The acts of Defendants constitute injury to Macrovision's business in violation of Cal. Bus. & Prof. Code §§ 14330 and 14335(a).

51.     The acts of Defendants have caused and are causing great and irreparable harm and damage to Macrovision, and unless permanently restrained and enjoined by this Court, such irreparable harm will continue.

## PRAYER FOR RELIEF

WHEREFORE, Macrovision respectfully requests judgment against all Defendants as follows:

A.     Permanently enjoining and restraining Defendants and their respective officers, agents, employees and attorneys, and those persons in active concert or participation with them from:

1.     Using on or in connection with the production, manufacture, advertisement, promotion, displaying for sale, offering for sale, sale, or distribution of any articles of merchandise, or for any service, or for any purposes whatsoever, the MACROVISION mark, or any colorable imitations thereof or any mark likely to be confused or confusingly similar thereto;

2.     Representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, mistake or to deceive purchasers into believing that Defendants' goods or services originated with or are the goods or services of Macrovision or that there is any affiliation or connection between Macrovision or its goods and services and Defendants or their goods and services and from otherwise competing unfairly with Macrovision.

3.     Using any mark in a manner so as to cause the dilution of the distinctive quality of the MACROVISION trademarks or service marks; and

4.     Making any false and misleading representations of material facts regarding Macrovision's trademarks, service marks, products and services in advertising and promotional material.

1            B.      Directing Defendants to file with this Court, and to serve upon

2    Macrovision within thirty (30) days after service upon Defendants of an injunction in this action,

3    a written report by Defendants under oath, setting forth in detail the manner in which Defendants

4    have complied with the injunction.

5            C.      Awarding Macrovision with damages in an amount to be proved at trial.

6            D.      Awarding Macrovision reasonable attorneys' fees and the costs of this

7    action pursuant to 15 U.S.C. § 1117.

8            D.      Awarding Macrovision such further relief as this Court deems just and

9    proper.

10   Dated: November 4, 2005               WHITE & CASE LLP

11

12

13                                         Mark F. Lambert

14                                  Attorneys for Plaintiff
                                    MACROVISION, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT
CASE NO. _____

**EXHIBIT A**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | e1

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jun 25 03:50:25 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | BOTTOM |
| HELP |

**Logout** *Please logout when you are done to release system resources allocated for you.*

**Start** List At: [ ]   OR   **Jump** to record: [ ]

# 5 Records(s) found (This page: 1 ~ 5)

Refine Search [ (macrovision)[COMB] and (live)[LD] ]   **Submit**

Current Search: S2: (macrovision)[COMB] and (live)[LD] docs: 5 occ: 15

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78355707 | | MACROVISION FLEXNET | TARR | LIVE |
| 2 | 76252409 | 2809050 | MACROVISION | TARR | LIVE |
| 3 | 76252410 | 2792064 | MACROVISION | TARR | LIVE |
| 4 | 75334896 | 2227504 | MACROVISION | TARR | LIVE |
| 5 | 74439711 | 1911159 | MACROVISION | TARR | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | TOP |
| HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

TESS was last updated on Sat Jun 25 03:50:25 EDT 2005

`PTO HOME` `TRADEMARK` `TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `BOTTOM` `HELP` `PREV LIST`
`CURR LIST` `NEXT LIST` `FIRST DOC` `PREV DOC` `NEXT DOC` `LAST DOC`

`Logout` Please logout when you are done to release system resources allocated for you.

`Start` List At: [_____] OR `Jump` to record: [_____] **Record 5 out of 5**

`Check Status` **(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)**

# MACROVISION

| | |
|---|---|
| **Word Mark** | **MACROVISION** |
| **Goods and Services** | IC 009. US 021. G & S: electronic apparatus for applying copy protection security modification to information signals contained on video signals for video transmissions and video tape recordings. FIRST USE: 19831001. FIRST USE IN COMMERCE: 19831001 |
| | IC 040. US 100 103 106. G & S: providing a copy protection process to television transmissions and video tapes and to those who control the use of television signals. FIRST USE: 19830131. FIRST USE IN COMMERCE: 19830131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260513 260521 270301 |
| **Serial Number** | 74439711 |
| **Filing Date** | September 24, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 23, 1995 |
| **Registration Number** | 1911159 |

| | |
|---|---|
| **Registration Date** | August 15, 1995 |
| **Owner** | (REGISTRANT) MACRIVISION CORPORATION CORPORATION CALIFORNIA 1341 ORLEANS DR SUNNYVALE CALIFORNIA 10989 |
| **Attorney of Record** | FRANK NGUYEN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050127. |
| **Renewal** | 1ST RENEWAL 20050127 |
| **Live/Dead Indicator** | **LIVE** |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

TESS was last updated on Sat Jun 25 03:50:25 EDT 2005

| FTO Home | TRADEMARK | TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [_____] OR **Jump** to record: [_____]  **Record 4 out of 5**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | MACROVISION |
| **Goods and Services** | IC 040. US 100 103 106. G & S: providing a copy protection process to television transmissions, video disks, video tapes and to those who control the use of television signals. FIRST USE: 19830131. FIRST USE IN COMMERCE: 19830131 |
| | IC 009. US 021 023 026 036 038. G & S: electronic apparatus for applying copy protection security modification to information signals contained on video signals for video transmissions, video disks, and video tape recordings. FIRST USE: 19830131. FIRST USE IN COMMERCE: 19830131 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75334896 |
| **Filing Date** | August 4, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 8, 1998 |
| **Registration Number** | 2227504 |
| **Registration Date** | March 2, 1999 |
| **Owner** | (REGISTRANT) MACROVISION CORPORATION CORPORATION DELAWARE 2830 DE LA CRUZ BLVD SANTA CLARA CALIFORNIA 95050 |
| **Prior Registrations** | 1911159 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |

| Register | PRINCIPAL |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | **LIVE** |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jun 25 03:50:25 EDT 2005*

[ FTO HOME ] [ TRADEMARK ] [ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ BOTTOM ] [ HELP ] [ PREV LIST ]
[ CURR LIST ] [ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: [＿＿＿] OR [ Jump ] to record: [＿＿＿] **Record 3 out of 5**

[ Check Status ] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **MACROVISION** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Electronic apparatus, namely, encrypting and scrambling electronic circuits, computer hardware and software for copy protection security modification, anti-piracy rights management and electronic license management of audio, video and digital information. FIRST USE: 19830301. FIRST USE IN COMMERCE: 19830301 |
| | IC 035. US 100 101 102. G & S: Providing anti-piracy rights management of audio, video and digital information and electronic license management of audio, video and digital information for others for audio, video and digital transmissions and transmissions via the Internet; distributorships in the field of audio, video and digital information of computer hardware and software for others for copy protection security modification of audio, video and digital signals, anti-piracy rights management and electronic license management; copyright management services, namely, providing copy protection for others for audio, video and digital transmissions and transmissions via the Internet. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| | IC 042. US 100 101. G & S: Design and development of computer hardware and software for others for copy protection security modification of audio, video and digital signals, anti-piracy rights management and electronic license management. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76252410 |
| **Filing Date** | May 3, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 30, 2002 |

| | |
|---|---|
| **Registration Number** | 2792064 |
| **Registration Date** | December 9, 2003 |
| **Owner** | (REGISTRANT) Macrovision Corporation CORPORATION DELAWARE 2830 De La Cruz Boulevard Santa Clara CALIFORNIA 95050 |
| **Attorney of Record** | Alexandra J. Horne |
| **Prior Registrations** | 1911159;2227504 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)
*TESS was last updated on Sat Jun 25 03:50:25 EDT 2005*

| FTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record: [          ] **Record 2 out of 5**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# ma⊙rovisio

| | |
|---|---|
| **Word Mark** | **MACROVISION** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing anti-piracy rights management of audio, video and digital information and electronic license management of audio, video and digital information for others for audio, video and digital transmissions and transmissions via the Internet; distributorships in the field of audio, video and digital information of computer hardware and software for others for copy protection security modification of audio, video and digital signals, anti-piracy rights management and electronic license management; copyright management services, namely, providing copy protection for others for audio, video and digital transmissions and transmissions via the Internet. FIRST USE: 20010520. FIRST USE IN COMMERCE: 20010520 |
| | IC 009. US 021 023 026 036 038. G & S: Electronic apparatus, namely, encrypting and scrambling electronic circuits, computer hardware and software for copy protection security modification, anti-piracy rights management and electronic license management of audio, video and digital information. FIRST USE: 20010520. FIRST USE IN COMMERCE: 20010520 |
| | IC 042. US 100 101. G & S: Design and development of computer hardware and software for others for copy protection security modification of audio, video and digital signals, anti-piracy rights management and electronic license management. FIRST USE: 20010520. FIRST USE IN COMMERCE: 20010520 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260102 260120 260121 |
| **Serial Number** | 76252409 |

http://tess2.uspto.gov/bin/showfield?f=doc&state=la4u60.2.2

| | |
|---|---|
| **Filing Date** | May 3, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 9, 2002 |
| **Registration Number** | 2809050 |
| **Registration Date** | January 27, 2004 |
| **Owner** | (REGISTRANT) Macrovision Corporation CORPORATION DELAWARE 2830 De La Cruz Boulevard Santa Clara CALIFORNIA 95050 |
| **Attorney of Record** | Dana Brody-Brown |
| **Prior Registrations** | 1911159;2227504 |
| **Description of Mark** | The stippling in the drawing is for shading purposes. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT B**



## Macrovision Tech, Inc.

### Vision via Solutions ™

**Macrovision Tech**

Company | Products | Demo | Contact Us | Download | Support

**MPEG4 A / V Capture Card**
more info>>

**MPEG4 IP Video Server**
more info>>

**MPEG4 IP Camera**
more info>>

**Digital Video Surveillance System**
more info>>
price quote>>

**Digital Video Surveillance Software**
more info>>

**Events**
info

**ISC West 2005**
Come and visit us at ISC West 2005, Apr.6-Apr.8 at booth number 24145 in Sands Expo & Convention Center, Las Vegas, NV, U.S.A.
detail>>

**ISC East 2005**
Come and visit us at ISC East 2005, Aug.24-Aug.25 at booth number 1472 in Jacob Javits Convention Center, New York, NY.
detail>>

more

Copyright 2005 Macrovision Tech, Inc. All Rights Reserved

Tel: 415-375-8033  Fax: 415-375-8083

Case3:05-cv-04507-JCS   Document1   Filed11/04/05   Page23 of 44



| MPEG4 A / V Capture Card | MPEG4 IP Video Server | MPEG4 IP Camera | Digital Video Surveillance System |
|---|---|---|---|
| MVT44<br>MVT84 | MVT110<br>MVT110A<br>MVT110PTZ | MVT100<br>MVT100A<br>MVT102<br>MVT106 | *DVR Price Quote*<br>➔ 4 CHANNELS PC-BASE DVR SYSTEM<br>➔ 8 CHANNELS PC-BASE DVR SYSTEM<br>➔ 12 CHANNELS PC-BASE DVR SYSTEM<br>➔ 16 CHANNELS PC-BASE DVR SYSTEM |

| Digital Video Surveillance Software |
|---|
| MacroPan Server |
| MacroPan Client |
| MacroPan Review |

Copyright 2005 Macrovision Tech, Inc. All Rights Reserved

Tel: 415-375-8033   Fax: 415-375-8083



**Vision via Solutions**™

## Contact Us

**Macrovision Tech, Inc.** *(Headquarters)*

**Address :** 243 Ralston Street, San Francisco, CA, 94132-2606 U.S.A.
**TEL :** 415-375-8033
**FAX :** 415-375-8083
**URL :** http:// www.macrovisiontech.com
**Office Hour :** 9:00am - 5:00pm PST

**Contact :** Contact@macrovisiontech.com
**Sales :** Louislong@macrovisiontech.com
**Support :** Support@macrovisiontech.com

Copyright 2005 Macrovision Tech, Inc. All Rights Reserved

Tel 415-375-8033   Fax: 415-375-8083

**EXHIBIT C**



**ALEXANDRA J. HORNE**
**(650) 494-8700**
**horne.alexandra@dorsey.com**

June 29, 2005

*VIA FEDERAL EXPRESS*

Mr. Louis Long
Macrovision Tech, Inc.
243 Ralston Street
San Francisco, CA 94132-2606

      Re:    Macrovision Corporation
                Trademark Registrations for MACROVISION

Dear Mr. Long:

We represent Macrovision Corporation ("Macrovision"), of Santa Clara, California, in connection with trademark and unfair competition matters.  Macrovision is a leading developer of software and related technology which allows for the protection and management of digital information.  Information regarding our client can be found at www.macrovision.com.

Macrovision has used the house mark MACROVISION since 1983, and has protected the MACROVISION mark with registrations before the U.S. Patent and Trademark Office and in other countries around the world.  Information regarding our client's four U.S. registrations for the MACROVISION word mark and design marks is enclosed for your reference.  Macrovision has extensively promoted its MACROVISION trademark such that consumers have come to recognize the mark as denoting software and services from Macrovision.

Macrovision recently became aware that Macrovision Tech is operating a website at the URL www.macrovisiontech.com which promotes products and services related to security under the trademark MACROVISION.  Our client is naturally concerned that the software and hardware sold by your company under the MACROVISION mark may be aimed at the same group of customers to whom its MACROVISION software is offered.  Our purpose for writing today is to request additional information regarding the nature of your software and hardware products, the intended customers, the intended means for advertising your products, and the intended purchase price.  Once we have that information, our client will be in a better position to evaluate whether customers are likely to confuse the two companies.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 650.494.8700 • **F** 650.494.8771
850 HANSEN WAY • SUITE 200 • PALO ALTO, CALIFORNIA 94304-1017
USA   CANADA   EUROPE   ASIA

1090550

Mr. Louis Long
June 29, 2005
Page 2

 **DORSEY**

As a trademark owner, Macrovision must take action when it learns of possible trademark infringement.  However, Macrovision would prefer to take a reasonable approach and investigate situations such as this in a friendly manner, before proceeding with expensive and possibly needless litigation.  In exchange, we would appreciate your cooperation in responding with the information requested at your earliest convenience, and no later than July 15th.  If you have any questions, please feel free to call.

Very truly yours,

DORSEY & WHITNEY LLP

Alexandra J. Horne

AJH/tb
Enclosure


cc: Macrovision Corp.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | el

Trademarks > **Trademark Electronic Search System (TESS)**    *Enclosure*

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jun 25 03:50:25 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | BOTTOM |
| HELP |

**Logout** *Please logout when you are done to release system resources allocated for you.*

**Start** List At: [ ]  OR **Jump** to record: [ ]    **5 Records(s) found (This page: 1 ~ 5)**

Refine Search [ (macrovision)[COMB] and (live)[LD] ]  **Submit**

Current Search: S2: (macrovision)[COMB] and (live)[LD] docs: 5 occ: 15

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78355707 | | MACROVISION FLEXNET | TARR | LIVE |
| 2 | 76252409 | 2809050 | MACROVISION | TARR | LIVE |
| 3 | 76252410 | 2792064 | MACROVISION | TARR | LIVE |
| 4 | 75334896 | 2227504 | MACROVISION | TARR | LIVE |
| 5 | 74439711 | 1911159 | MACROVISION | TARR | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | TOP |
| HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jun 25 03:50:25 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [        ] OR **Jump** to record: [        ] **Record 5 out of 5**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# MACROVISION

| | |
|---|---|
| **Word Mark** | **MACROVISION** |
| **Goods and Services** | IC 009. US 021. G & S: electronic apparatus for applying copy protection security modification to information signals contained on video signals for video transmissions and video tape recordings. FIRST USE: 19831001. FIRST USE IN COMMERCE: 19831001 |
| | IC 040. US 100 103 106. G & S: providing a copy protection process to television transmissions and video tapes and to those who control the use of television signals. FIRST USE: 19830131. FIRST USE IN COMMERCE: 19830131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260513 260521 270301 |
| **Serial Number** | 74439711 |
| **Filing Date** | September 24, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 23, 1995 |
| **Registration Number** | 1911159 |

| | |
|---|---|
| **Registration Date** | August 15, 1995 |
| **Owner** | (REGISTRANT) MACRIVISION CORPORATION CORPORATION CALIFORNIA 1341 ORLEANS DR SUNNYVALE CALIFORNIA 10989 |
| **Attorney of Record** | FRANK NGUYEN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050127. |
| **Renewal** | 1ST RENEWAL 20050127 |
| **Live/Dead Indicator** | **LIVE** |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

Trademarks > **Trademark Electronic Search System (TESS)**

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jun 25 03:50:25 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [_____] OR **Jump** to record: [_____]   **Record 4 out of 5**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **MACROVISION** |
| **Goods and Services** | IC 040. US 100 103 106. G & S: providing a copy protection process to television transmissions, video disks, video tapes and to those who control the use of television signals. FIRST USE: 19830131. FIRST USE IN COMMERCE: 19830131 |
| | IC 009. US 021 023 026 036 038. G & S: electronic apparatus for applying copy protection security modification to information signals contained on video signals for video transmissions, video disks, and video tape recordings. FIRST USE: 19830131. FIRST USE IN COMMERCE: 19830131 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75334896 |
| **Filing Date** | August 4, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 8, 1998 |
| **Registration Number** | 2227504 |
| **Registration Date** | March 2, 1999 |
| **Owner** | (REGISTRANT) MACROVISION CORPORATION CORPORATION DELAWARE 2830 DE LA CRUZ BLVD SANTA CLARA CALIFORNIA 95050 |
| **Prior Registrations** | 1911159 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | **LIVE** |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jun 25 03:50:25 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [ ] OR Jump to record: [ ] **Record 3 out of 5**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | MACROVISION |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Electronic apparatus, namely, encrypting and scrambling electronic circuits, computer hardware and software for copy protection security modification, anti-piracy rights management and electronic license management of audio, video and digital information. FIRST USE: 19830301. FIRST USE IN COMMERCE: 19830301 |
| | IC 035. US 100 101 102. G & S: Providing anti-piracy rights management of audio, video and digital information and electronic license management of audio, video and digital information for others for audio, video and digital transmissions and transmissions via the Internet; distributorships in the field of audio, video and digital information of computer hardware and software for others for copy protection security modification of audio, video and digital signals, anti-piracy rights management and electronic license management; copyright management services, namely, providing copy protection for others for audio, video and digital transmissions and transmissions via the Internet. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| | IC 042. US 100 101. G & S: Design and development of computer hardware and software for others for copy protection security modification of audio, video and digital signals, anti-piracy rights management and electronic license management. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76252410 |
| **Filing Date** | May 3, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 30, 2002 |

| | |
|---|---|
| **Registration Number** | 2792064 |
| **Registration Date** | December 9, 2003 |
| **Owner** | (REGISTRANT) Macrovision Corporation CORPORATION DELAWARE 2830 De La Cruz Boulevard Santa Clara CALIFORNIA 95050 |
| **Attorney of Record** | Alexandra J. Horne |
| **Prior Registrations** | 1911159;2227504 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST

CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jun 25 03:50:25 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 2 out of 5**

Check Status   *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **MACROVISION** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing anti-piracy rights management of audio, video and digital information and electronic license management of audio, video and digital information for others for audio, video and digital transmissions and transmissions via the Internet; distributorships in the field of audio, video and digital information of computer hardware and software for others for copy protection security modification of audio, video and digital signals, anti-piracy rights management and electronic license management; copyright management services, namely, providing copy protection for others for audio, video and digital transmissions and transmissions via the Internet. FIRST USE: 20010520. FIRST USE IN COMMERCE: 20010520

IC 009. US 021 023 026 036 038. G & S: Electronic apparatus, namely, encrypting and scrambling electronic circuits, computer hardware and software for copy protection security modification, anti-piracy rights management and electronic license management of audio, video and digital information. FIRST USE: 20010520. FIRST USE IN COMMERCE: 20010520

IC 042. US 100 101. G & S: Design and development of computer hardware and software for others for copy protection security modification of audio, video and digital signals, anti-piracy rights management and electronic license management. FIRST USE: 20010520. FIRST USE IN COMMERCE: 20010520 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 260102 260120 260121 |
| **Serial Number** | 76252409 |

| | |
|---|---|
| **Filing Date** | May 3, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 9, 2002 |
| **Registration Number** | 2809050 |
| **Registration Date** | January 27, 2004 |
| **Owner** | (REGISTRANT) Macrovision Corporation CORPORATION DELAWARE 2830 De La Cruz Boulevard Santa Clara CALIFORNIA 95050 |
| **Attorney of Record** | Dana Brody-Brown |
| **Prior Registrations** | 1911159;2227504 |
| **Description of Mark** | The stippling in the drawing is for shading purposes. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT D**

| **From:** | Louis Long [louislong@MacroVisiontech.com] |
| **Sent:** | Saturday, July 02, 2005 10:35 PM |
| **To:** | Horne, Alexandra |
| **Subject:** | Trademaek. |



Price.xls

Hello:

I received the document about MacroVision Tech may infringe the
trademark of MacroVision Corporation.
We will fix this  as soon as possible , no later than 7-15-05.We will
change all trademark in our website , software , hardware or any other
product we are using the MacroVision as the trademark.

MacroVision Tech, Inc. is a security surveillance equipment company.
We have DVR, surveillance software, and DVR system.
Our primary is the scurity equipment installer and scurity equipment Distributor.
I attach our product's price for you.

Any question please email or call me any time.


Best regards,

Louis Long
MacroVision Tech, Inc.
Sales manager
http://www.macrovisiontech.com/
Cell:(415)368-6772 , (415)713-4404
Office:(415)375-8033
Fax:(415)375-8083

**EXHIBIT E**



**DORSEY**
DORSEY & WHITNEY LLP

---

**ALEXANDRA J. HORNE**
**(650) 494-8700**
**horne.alexandra@dorsey.com**

September 6, 2005

***VIA FEDERAL EXPRESS***

Mr. Louis Long
Macrovision Tech, Inc.
243 Ralston Street
San Francisco, CA 94132-2606

      Re:    Macrovision Corporation
                Use of MACROVISION

Dear Mr. Long:

We have received no response to our letter sent July 12, 2005 regarding your company's unauthorized use of the MACROVISION trademark. We have also reviewed your company's website and see no change in the use of the MACROVISION mark. As you know from our earlier communications, our client takes this matter very seriously. Accordingly, we must insist that you take down the www.macrovisiontech.com website, remove all uses of the MACROVISION mark on your products, and discontinue all use of Macrovision Tech within two weeks of the date of this letter.

As previously advised, our client would prefer to settle this matter amicably, but, if necessary, our client will pursue litigation in federal court in order to protect its valuable trademark rights. If Macrovision Tech continues to use the MACROVISION name and mark, we believe such continued use will clearly demonstrate that Macrovision Tech is willfully infringing Macrovision's trademark, thereby entitling Macrovision to an award for damages and attorneys fees.

We look forward to receiving your confirmation that all use of the MACROVISION trademark and Macrovision Tech name will cease by September 20, 2005. If you need to discuss a longer phase-out period, please contact me immediately.

Very truly yours,

DORSEY & WHITNEY LLP

Alexandra J. Horne

cc: Macrovision Corp.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • **T** 650.857.1717 • **F** 650.857.1288
1717 EMBARCADERO ROAD • P.O. BOX 51050 • PALO ALTO, CALIFORNIA 94303

4835-2196-7616\1 9/6/2005 1:40 PM

USA   CANADA   EUROPE   ASIA

**EXHIBIT F**

**From:**      Horne, Alexandra
**Sent:**      Friday, September 09, 2005 4:27 PM
**To:**        'Louis Long'
**Subject:**   RE: TradeMark!

Dear Mr. Long,

Thank you for your prompt response to our most recent letter.  We appreciate that you have changed your company's logo design by deleting the letter "V", but note that the company name remains the same, as does the website address, and that there are numerous uses of Macrovision Tech, with the letter "V", on your website.  Again, we must insist that all use of the Macrovision Tech name stop by September 20, 2005.  I will look forward to receiving your confirmation by return email that you will comply with this request as soon as possible, but no later than September 20, 2005.

Best regards,

Alexa Horne

Alexandra J. Horne
Dorsey & Whitney LLP
850 Hansen Way
Palo Alto, CA  94304
Phone: (650) 494-8700
Fax: (650) 494-8771
horne.alexandra@dorsey.com


-----Original Message-----
From: Louis Long [mailto:louislong@MacroVisiontech.com]
Sent: Thursday, September 08, 2005 12:55 AM
To: Horne, Alexandra
Subject: TradeMark!


Hello ,

Thanks for your letter about MacroVision Tech, Inc. unauthorized use of the Macrovision Trademark.
After we received the letter, we changed the trademark in July 25, 2005.
And we changed the trademark to Macroision. There is no Letter "V" in our new trademark.
I and attached the picture of our trademark for your examination. And you can go to our website for your examination.

If you have any questions. Please contact me. I will fixed the problem immediately.


Best regards,

Louis Long
MacroVision Tech, Inc.
Sales manager
http://www.macrovisiontech.com/
Cell:(415)368-6772 , (415)713-4404

1

Office: (415) 375-8033
Fax: (415) 375-8083