FRANK HISCOX (SBN 104534)
ALEXANDRA HORNE (SBN 162066)
MARK F. LAMBERT (SBN 197410)
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone:   (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Plaintiff
MACROVISION CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACROVISION CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACROVISION TECH, INC., a California corporation; and YONG HANG LONG, a.k.a. LOUIS LONG, an individual,<br><br>　　　　　Defendants. | Case No.  C 05 4507 JCS<br><br>**NOTICE OF DISMISSAL** |

1    WHEREAS, Plaintiff Macrovision, Inc. commenced this action on or about
2 November 4, 2005 against Defendants Macrovision Tech, Inc. and Yong Hang Long (Defendants
3 and Plaintiff are collectively referred to as the "Parties");
4    WHEREAS, Defendants have each been served with the Summons and Complaint;
5    WHEREAS, no Defendant has filed a responsive pleading; and
6    WHEREAS, the Parties have settled their dispute;
7    THEREFORE, in accordance with Federal Rule of Civil Procedure 41(a), Plaintiff
8 hereby DISMISSES THE ACTION WITHOUT PREJUDICE.

Dated: January 13, 2005                    WHITE & CASE LLP

                                           /s/ Mark F. Lambert

                                           Attorneys for Plaintiff
                                           MACROVISION, INC.